**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mellaconic IP LLC, | No. CV-21-00299-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Chamberlain Group Incorporated, | |
| Defendant. | |

Pending before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 16), filed on November 16, 2021, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Accordingly,

**IT IS ORDERED DIRECTING** the Clerk to terminate this action given Plaintiff's notice of voluntary dismissal under Rule 41(a)(1)(A)(i) (Doc. 16).

Dated this 23rd day of November, 2021.

Honorable John C. Hinderaker
United States District Judge